UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ISAAC WEST,<br><br>          Plaintiff,<br><br>   v.<br><br>TIGERCAT INDUSTRIES, INC., et al.,<br><br>          Defendants. | CASE NO. C21-5440 BHS<br><br>ORDER GRANTING DEFENDANT KION GROUP AG'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Defendant KION Group AG's unopposed Motion for Summary Judgment, Dkt. 130. KION Group moves for summary judgment arguing that it is not a proper defendant in this case. *Id.* Plaintiff Isaac West concedes that KION Group is entitled to summary judgment. Dkt. 141.

Therefore, it is hereby **ORDERED** that Defendant KION Group AG's unopposed Motion for Summary Judgment, Dkt. 130, is **GRANTED**. KION Group AG is **DISMISSED with prejudice**.

//

//

//

ORDER - 1

1 | Dated this 24th day of May, 2022.

BENJAMIN H. SETTLE
United States District Judge